UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCISCO PEREZ ALVARADO | : |
| PLAINTIFF | : |
| V. | : Case No: 1-15-cv-000425 |
| | : Magistrate-Judge Harvey |
| RAINBOW INN, INC., ET AL | : |
| DEFENDANTS | : |

### JOINT STIPULATION OF DISMISSAL

The Clerk of this Court will please note that the parties, pursuant to: Federal Rule of Civil Procedure, 41 (a)(1)(ii), have settled all of the claims against the Defendants, in the above-captioned matter, and the Plaintiff is dismissing this case, with prejudice, against the Defendants, with no admission of liability, and each party shall bear their own costs.

Respectfully submitted,

*Justin Zelikovitz,*
Justin Zelikovitz, 986001
Counsel for the Plaintiff
519 H Street, N.W., Second Floor
Washington, D.C. 20001
202-445-6960 T
202-683-6102 F
justin@dcwagelaw.com

*Wendell C. Robinson,*
Wendell C. Robinson, 377091
Counsel for Rainbow Inn and Jackey Koo
7600 Georgia Ave. N.W., # 203
Washington, D.C. 20012
202-223-4470 T
202-726-9060 F
grindstonelaw@aol.com

*Kenneth M. Robinson*
Kenneth M. Robinson, 51706
15 West Montgomery Ave. Suite 205
Rockville, Md. 20850
571-212-7666 T
202-204-6269 F
kennethmrobinson@aol.com